UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-01644-RGK (AJWx) | Date | January 13, 2009 |
|---|---|---|---|
| Title | JUAN OSORIO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED v. SLAUGHTER, LLC, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS)** OSC re Striking Corporate Defendants' Answer and Order Continuing Plaintiff's Motion for Default Judgment

On October 20, 2008, the Court issued an order granting Attorney Tanzer's Motion to Withdraw as Counsel of Defendants Slaughter, LLC, Maverick Films, LLC and Angel Baby Entertainment ("Corporate Defendants"). The Corporate Defendants were given 10 days from the date of the hearing (i.e., October 20, 2008) to file a Substitution of Attorney. According to court records, the Corporate Defendants failed to timely file a Substitution of Attorney. Therefore, the Court hereby orders the Corporate Defendants to show cause in writing why their Answer should not be stricken for lack of legal representation. Response to this OSC shall be filed no later than **January 20, 2009**.

Additionally, Plaintiff's Motion for Default Judgment is hereby continued to **February 9, 2009.**

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | slw | |